IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**CHRISTOPHER JAMES CASTILLO,**

    **Plaintiff,**

**v.**                                                                                       **No. CV 15-60 LAM**

**ANNETTE MARIE FIERROS, et al.,**

    **Defendants.**

### ORDER TO CURE DEFICIENCY

Plaintiff submitted a civil rights complaint (*Doc. 1*), and application to proceed *in forma pauperis* (*Doc. 2*), on January 20, 2015.   The Court has determined that Plaintiff's application to proceed *in forma pauperis* is missing the required **certified copy of Plaintiff's inmate account statement** for the 6-month period immediately preceding this filing.   *See* 28 U.S.C. § 1915(a)(2).   Any papers that Plaintiff files in response to this order must include the civil action number (CV 15-60 LAM) of this case.   Failure to cure the designated deficiency **within thirty (30) days from entry of this order** may result in **dismissal** of this action without further notice.

    **IT IS THEREFORE ORDERED** that Plaintiff cure the deficiency designated above **within thirty (30) days from the date of this order**.

    **IT IS FURTHER ORDERED** that, **if Plaintiff fails to cure the designated deficiency within thirty (30) days from the date of this order, this action may be dismissed without prejudice without further notice.**

    **IT IS SO ORDERED.**

                                              **LOURDES A. MARTÍNEZ**
                                              **UNITED STATES MAGISTRATE JUDGE**